**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KEITRICC SAINE
#176000**                                                       **PLAINTIFF**

**v.**                 **No. 4:25-cv-942-DPM-JJV**

**JAMESHA MADDEN, Major, Pine Bluff
Unit; STEPHEN WATSON, Lieutenant,
Pine Bluff Unit; DAMIKA FULLER and
HENRY BARRON, Sergeants, Pine Bluff
Unit; and JANICE BLAKE, Disciplinary
Hearing Officer, Pine Bluff Unit**                 **DEFENDANTS**

**ORDER**

Unopposed recommendation, *Doc. 8*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Saine's excessive force and failure to protect claims against Major Madden, Lieutenant Watson, and Sergeants Fuller and Barron proceed. All his other claims, including those against Officer Blake, are dismissed without prejudice. Officer Blake is dismissed as a defendant. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_DPMarshall Jr._____
D.P. Marshall Jr.
United States District Judge

8 December 2025