### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KEITRICC SAINE
#176000                                                              PLAINTIFF


v.                            No. 4:25-cv-942-DPM-JJV


JAMESHA MADDEN, Major, Pine Bluff
Unit;  STEPHEN WATSON, Lieutenant,
Pine Bluff Unit;  and DAMIKA FULLER;
Sergeant, Pine Bluff Unit                                          DEFENDANTS

### ORDER

Unopposed partial recommendation, *Doc. 45*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Motion, *Doc. 44*, denied.  An *in forma pauperis* appeal from this Order would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2026